IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 AUG 18 PM 2:53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

JOHN PAUL DEJORIA

*Plaintiff/ Counterclaim Def.*

v.

MAGHREB PETROLEUM
EXPLORATION S.A.; MIDEAST FUND
FOR MOROCCO LIMITED, JOHN DOE
#1, and JOHN DOE # 2

*Def./ Counterclaim Plaintiffs*

CIVIL ACTION NO.
1:13-cv-654-JRN

## ORDER

Before the Court is the above entitled cause of action. On August 13, 2014, this Court signed an order granting John Paul Dejoria's Motion for Non-Recognition of a Foreign Money Judgment. (Dkt. No. 57). Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all relief not expressly granted is hereby DENIED.

IT IS FINALLY ORDERED that this action is hereby CLOSED.

SIGNED this 18th day of August, 2014.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE